IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:06CR151-13 |
| | ) | (Financial Litigation Unit) |
| TRENT BRADFORD NYFFELER. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and MORGAN STANLEY SMITH BARNEY:

A judgment was entered on October 1, 2009 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the defendant, Trent Bradford Nyffeler, whose last known address is XXXXXXXXXXXXXXXXX, Dallas, Texas 75219, in the sum of $4,291,673.00. The balance on the account as of January 31, 2012 is $4,290,798.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Morgan Stanley Smith Barney is commanded to **turn over property** in which the defendant, Trent Bradford Nyffeler, has a substantial nonexempt interest, said property being funds in an Individual Retirement Account (IRA) held by Morgan Stanley Smith Barney, which account is held in the name of Trent Bradford Nyffeler at the following address: Morgan Stanley Smith Barney c/o its registered agent, CT Corporation System, 150 Fayetteville Street, Box 1011, Raleigh, NC 27601.

Signed: February 6, 2012

David C. Keesler
United States Magistrate Judge